UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDON MICHAEL DAUGHERTY,<br><br>Defendant. | CR 22-229 ECT/DJF<br><br>**INDICTMENT**<br><br>18 U.S.C. § 115(a)(1)(B)<br>18 U.S.C. § 875(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## BACKGROUND

1. At all times relevant to this Indictment, Defendant Brendon Michael DAUGHERTY was a resident of the State and District of Minnesota.

2. At all times relevant to this Indictment, Victim A was a United States Senator representing a state outside the State and District of Minnesota.

3. On or about June 11, 2022, DAUGHERTY made two telephone calls to Victim A's field office in Victim A's home state. In each instance, DAUGHERTY left a voicemail for Victim A.

4. At approximately 9:56 a.m. ET, DAUGHERTY left the following voicemail message for Victim A: "[Victim A], this is someone that's not in your constituency, but I'm just letting you know. You and the Republican Party should be proud that you're pushing me to become a domestic terrorist. Have a nice fuckin' day; can't wait to kill ya."

5. Immediately thereafter, DAUGHERTY called back and left a second



SCANNED
SEP 1 4 2022
U.S. DISTRICT COURT MPLS

U.S. v. Brendon Michael Daugherty

voicemail message for Victim A: "I also just wanted to note, thank god the Republican Party is against gun control laws because it would keep guns out of the hands of a person that was disabled and volatile like I am, but you guys are totally against that. So I may actually get to carry out my nefarious goals."

6. Victim A's field office staff retrieved the voicemail messages that DAUGHERTY left for Victim A. Although Victim A's field office frequently receives messages from angry constituents, these calls stood out because of DAUGHERTY's direct reference to killing Victim A. Unlike ordinary angry voicemails received by the field office, staff were concerned about DAUGHERTY taking future action because of the directness and tone of his voicemails. Therefore, staff recorded the voicemails and immediately reported them to senior staff, who reported the voicemails to U.S. Capitol Police.

7. On or about September 2, 2022, two Special Agents with the Federal Bureau of Investigation spoke to DAUGHERTY at his residence in Coon Rapids, Minnesota. Among other statements, DAUGHERTY informed the Special Agents that he made the calls to Victim A because Victim A was "doing a bunch of stupid shit with gun control," and that he wants politicians to "feel a little bit pressured."

## COUNT 1
(Threatening To Murder a United States Official)

8. Paragraphs 1 through 7 are re-alleged and incorporated herein.

9. On or about June 11, 2022, in the State and District of Minnesota and elsewhere, the defendant,

U.S. v. Brendon Michael Daugherty

**BRENDON MICHAEL DAUGHERTY,**

did threaten to murder Victim A, a United States Senator, with intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of Victim A's official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 2
(Interstate Transmission of a Threat To Injure the Person of Another)

10. Paragraphs 1 through 7 are re-alleged and incorporated herein.

11. On or about June 11, 2022, in the State and District of Minnesota and elsewhere, the defendant,

**BRENDON MICHAEL DAUGHERTY,**

knowingly and willfully did transmit in interstate and foreign commerce a communication, specifically, a phone call from Minnesota to the U.S. Senate Field Office of Victim A, and the communication contained a threat to injure Victim A, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY          FOREPERSON