**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-229 ECT/DJF |
| | ) | Date: September 16, 2022 |
| Brendon Michael Daugherty, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant, | ) | Time Commenced: 1:43 p.m. |
| | | Time Concluded: 1:54 p.m. |
| | | Time in Court: 11 minutes |

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Public Defender
         X FPD          X To be appointed


Date Charges Filed: 9/14/2022          Offense: threatening to murder a united states official; interstate transmission of a threat to injure the person of another

X Advised of Rights

on   X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered


Next appearance date is Tuesday, September 20, 2022 at 10:00 a.m. before U.S. Magistrate Judge David T. Schultz in CR9E, Minneapolis for:
   X Detention hrg       X Arraignment hrg

X Government moves to unseal the case.       X Granted


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                             s/SAE
                                    Signature of Courtroom Deputy