# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>BRENDON MICHAEL DAUGHERTY | GOVERNMENT'S EXHIBIT LIST<br><br>Criminal No. 22-229 (ECT/DJF) |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable David T. Schultz | Kimberly A. Svendsen, AUSA | Robert Richman, Esq. |
| **HEARING DATE**<br>September 20, 2022 | **COURT REPORTER** | **COURTROOM DEPUTY**<br>Terianne Bender |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Recording of first June 11, 2022 voicemail left for Victim A |
| 2 | | | | | Recording of second June 11, 2022 voicemail left for Victim A |
| 3 | | | | | Maple Grove Police Department reports dated April 27 and 28, 2018, related to Pearle Vision |
| 4 | | | | | FBI report dated October 2, 2018, related to eBay |
| 5 | | | | | Coon Rapids Police Department reports dated June 19, 2021 through June 15, 2022, related to Brendon Daugherty |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |